Case No. 2-22-02039

# CERTIFICATE OF SERVICE

I, Gini L. Downing_____(name), certify that service of this summons and a copy of the complaint was made February 4, 2022_____(date) by:

☒ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:
Taro Pharmaceuticals U.S.A. Inc.
Attn: Uday Baldota, CEO
3 Skyline Drive
Hawthorne, NY 10532

Brian Jackiw
Thomas R. Fawkes
Tucker Ellis LLP
233 South Wacker Drive, Suite 6950
Chicago, IL 60606

Taro Pharmaceuticals USA Inc.
Attn: Daphne Huang, CFO
1 Commerce Drive
Cranburry, NJ 08512

Taro Pharmaceuticals USA Inc.
3 Skyline Drive
Hawthorne, NY 10532

☒ Certified Mail Service: By sending the process by certified mail addressed to the following entities/officers/registered agents of the defendant at:
Taro Pharmaceuticals USA, Inc.
Three Skyline Drive
Hawthorne, NY 10532

Taro Pharmaceuticals U.S.A. Inc.
Attn: Daphne Huang, CFO
1 Commerce Drive
Cranburry, NJ 08512

Corporation Service Company,
R/A for Taro Pharmaceuticals USA, Inc.
80 State Street
Albany, NY 12207-2543

I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date     February 4, 2022     Signature   /s/ Gini L. Downing

Print Name:        Gini L. Downing
                   Pachulski Stang Ziehl & Jones LLP
                   10100 Santa Monica Blvd.
                   13th Floor
Business Address:  Los Angeles, CA 90067

## Receipt 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Taro Pharmaceuticals USA, Inc.
Three Skyline Drive
Hawthorne, NY 10532

9590 9402 3367 7227 2827 84

2. Article Number (Transfer from service label)
7017 2400 0000 3936 6626

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X DonD
☐ Agent
☐ Addressee

B. Received by (Printed Name)

C. Date of Delivery
2-10

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

## Receipt 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Taro Pharmaceuticals U.S.A. Inc.
Attn: Daphne Huang, CFO
1 Commerce Drive
Cranburry, NJ 08512

9590 9402 3367 7227 2828 07

2. Article Number (Transfer from service label)
7017 2400 0000 3936 6640

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Taro
☐ Agent
☐ Addressee

B. Received by (Printed Name)
DLB C19

C. Date of Delivery
2/7/22

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053 — Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Corporation Service Company,
R/A for Taro Pharmaceuticals USA, Inc.
80 State Street
Albany, NY 12207-2543

9590 9402 3367 7227 2828 14

2. Article Number (Transfer from service label)

7017 2400 0000 3936 6657

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

CSC  2/8/22

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt